05-1090



(3)

FORM TO BE USED BY A PRISONER FILING A 42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

I. CAPTION

Sylvester Perry
(Enter the full name of the plaintiff or plaintiffs)

v.

nurse Levengood
nurse March

(Enter the full name of the defendant or defendants)

FILED
MAR 1 1 2005
MICHAEL E. KUNZ, Clerk
By ____ Dep. Clerk

II. PARTIES

a. Plaintiff

Full name: Sylvester Perry

Prison identification number: CG-7801

Place of present confinement: Graterford institution

Address: Box 244 Graterford, Pa. 19426-0244

Place of confinement at time of incidents or conditions alleged in complaint, including address:

Graterford, Pa. Box 244 19426-0244

Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b. Defendants: (list only those defendants named in the caption of the complaint, section I)

1. Full name including title: First name unknown March - nurse

Place of employment and section or unit: Graterford - clinic

2. Full name including title: First name unknown Levengood - nurse

Place of employment and section or unit: Graterford - clinic

3. Full name including title: ____

Place of employment and section or unit: ____

4. Full name including title: ____

Place of employment and section or unit: ____

Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

## III. PREVIOUS LAWSUITS

**Instructions:**

If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.

If you have filed other lawsuits, provide the following information.

**Parties** to your previous lawsuit:

Plaintiffs Sylvester Perry

Defendants Kathleen Zwierzyna

**Issues:** ex-Post facto - self incrimination/ compulsion - Due Process

**Court:** if federal, which district? Eastern District

if state, which county? Philadelphia

**Docket number:** No. 03-6918 **Date filed:** 12-22-003

**Name of presiding judge:** Eduardo C. Robreno

**Disposition:** (check correct answer(s)); **Date:** N/A

Dismissed ✓ Reason? without Prejudice/two Petitions habeas corpus and 1983 complaint.

Judgment ___ In whose favor? ___

Pending ___ Current status? ___

Other ___ Explain ___

Appeal filed? ___ Current status? ___

**Additional lawsuits.** Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.

## IV. ADMINISTRATIVE REMEDIES

**Instructions:**

**Provide the information requested below if there is an administrative procedure to resolve the issues you raise in this complaint.** Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.

a. **Describe** the administrative procedures available to resolve the issues raised in this complaint:

**Type** of procedure. (grievance, disciplinary review, etc.)

Grievance coordinator-DC ADM 804

**Authority** for procedure. (DC-ADM, inmate handbook, etc.)

DC-ADM 804

**Formal** or **informal** procedure.

Who conducts the **initial review?** Wendy Moyer Grievance coordinator

What additional review and **appeals** are available? Superintendent Final review central office. The nature of complaint which is a crime, no further Appeals

b. **Describe** the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:

On what date did you request **initial review?** 2-7-005

What **action** did you ask prison authorities to take? To compensate me for the damages of violations

What **response** did you receive to your request? Grievance was frivolous and Denied-Monetary awards Denied

What **further review** did you seek and on what dates did you file the requests? I appealed Decision of Grievance to the superintendent/warden Date: 2-20-005

What **responses** did you receive to your requests for further review? Decision was upheld by the warden. C.H.C.A. correctly cited D.C. Policy on T.b testing. testing is required For all inmates and staff. my objection is noted

c. If you **did not follow** each step of the administrative procedures available to resolve the issues raised in this complaint explain why.

The Grievance Process At S.C.I. Graterford is dis-functional, grossly negligent Fraudulent and contrary to the duty sworn by its owners. →

rendering said Process a forum to circumvent Prisoner's rights, bias in nature because of staff members involvement and will uphold each others decisions.

## V. STATEMENT OF CLAIM

*Instructions:*

*State here as **briefly** as possible the **facts** of your case. Use **plain language** and do not make legal arguments or cite cases or statutes. State how **each defendant** violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are **factually related**. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the **reverse** of this page or a separate sheet of paper if you need more space.*

***Statement of claim:***

1. Defendant nurse Levengood is sued in both her individual and official capacities as a nurse of the medical staff of the Pa. Department of Corrections. Upon information and belief, Defendant nurse Levengood, acting under the color of state law, is responsible for forcing Plaintiff to take a P.P.D immunization test against his will and consent. By doing so Plaintiff's constitutional and civil →

## VI. RELIEF

***Instruction:** Briefly state exactly what you want the Court to do for you.*

***Relief sought:***

To hold both Defendants liable for their actions of violating Plaintiff's rights. Grant Plaintiff compensatory & Punitive damages 300,000 Thousand U.S. currency dollars or what the court Deems Fair and just. continue on next Page. separate → Pg

## VII. DECLARATION AND SIGNATURE

*I (we) declare under penalty of perjury that the foregoing is true and correct.*

3-4-005
DATE

Sylvester Perry
SIGNATURE OF PLAINTIFF(S)

rights were violated along with his universal declaration of human rights. 2. Defendant nurse Levengood was told by Plaintiff that taking such unknown substance was against his religious practice and Plaintiff refused to take the medication/P.P.D. Defendant nurse Levengood stated that if Plaintiff refused, D.O.C. Policy 13.2.1 Access to health care section 8 That i would be confined to R.H.U. For refusing to take the needle. Therefore i was threatened with Punishment. The Declaration of human rights were violated. 3. Defendant nurse March is sued in Both her individual and official capacities as a nurse of the medical staff of the Department of corrections. upon information and belief Defendant nurse March acting under the color of state law is responsible for being in concert with the other Defendant nurse Levengood in enforcing pressure upon Plaintiff if he refused the medication/immunization test it would result in Punishment by being Placed in R.H.U. For 1 year. 4. Plaintiff asked both defendants not to violate his rights nor his universal Declaration human rights. Plaintiff was compelled/forced to indulge in an experiment with medication against his will and religious Practice.

Additional Form Page 4

Relief

For Plaintiff's mental and emotional Distress, Pain and suffering Plaintiff endured through these violations. Every since Plaintiff was forced to take that unknown substance. Plaintiff have been suffering headaches. And Plaintiff mental state has been shocked by thinking he may die later as a result of being forced against his will that something had to be wrong with the medication. Plaintiff has also asked on request to see the institutions Psychiatrist but no reply whatsoever. The Superintendent states health and care reasons: from appleating to him, But if an inmate ask for an m.r.i concerning a Problem they refuse them that to save the state money. Plaintiff could have been given a chest x-ray instead but was refused. There were no signs that Plaintiff had T.b. or contact with anyone to be forced against his will to take test.

rights were violated according with his universal declaration of human rights. 2. Defendant nurse Levengood was told by Plaintiff that taking such unknown substance was against his religious Practice and Plaintiff refused to take the medication/P.P.D. Defendant nurse Levengood stated that if Plaintiff refused, D.O.C. Policy 13.2.1 Access to health care section 8 That i would be confined to R.H.U. For refusing to take the needle. Therefore i was threatened with Punishment. The Declaration of human rights were violated. 3. Defendant nurse March is sued in Both her individual and official capacities as a nurse of the medical staff of the Department of corrections. upon information and belief Defendant nurse March acting under the color of state law is responsible for being in concert with the other Defendant nurse Levengood in enforcing pressure upon Plaintiff if he refused the medication/immunization test it would result in Punishment by being Placed in R.H.U. For 1 year. 4. Plaintiff asked both defendants not to violate his rights nor his universal Declaration human rights. Plaintiff was compelled/forced to indulge in an experiment with medication against his will and religious Practice.

Additional From Page 4

Relief

For Plaintiff's mental and emotional Distress, Pain and suffering Plaintiff endured through these violations. Every since Plaintiff was forced to take that unknown substance. Plaintiff have been suffering headaches. And Plaintiff mental state has been shocked by thinking he may die later as a result of being forced against his will that something had to be wrong with the medication. Plaintiff has also asked on request to see the institutions Psychiatrist but no reply whatsoever. The Superintendent states health and care reasons: from appleating to him, But if an inmate ask for an m.r.i concerning a Problem they refuse them that to save the state money. Plaintiff could have been given a chest x-ray instead but was refused. There were no signs that Plaintiff had T.b. or contact with anyone to be forced against his will to take test

continue: claims
universal Declaration of human rights violations

ppendix-c
rticle 1.
rticle 2.
rticle 3.
rticle 4.
rticle 5.
rticle 6.
rticle 7.
rticle 8.
rticle 9.
rticle 10.
rticle 28.
rticle 25.
ection(1)
rticle 30.

(4) Plaintiff contends That both Defendants is sued in both her individual and official capacities as a nurse of the Pennsylvania Department of corrections upon information and belief, Defendants acting under the color of state law is responsible for compelled Performance by violating Plaintiff rights under the constitution and civil rights.

(5) Plaintiff also contends that the Defendants nurse Levengood and Defendant nurse March individually and in concert violated universal Declaration of human rights, acting under the color of state law. (6) Defendant nurse Levengood and Defendant nurse March individually stated that D.O.C. Policy superceed the constitution and no matter what i will be subjected to R.H.U. For refusing the test. Plaintiff complied under Protest and Duress. Plaintiff contends that a crime has been comitted against his Person as well as Fraud. Both Defendants refused to give Plaintiff their first names and was informed that legal action would be taken.

ER

C-Block

Original

05-1090

DC-804
Part 1

[illegible] health care

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

| FOR OFFICIAL USE ONLY |
|---|
| 107072 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Wendy Moyer | S.C.I. Graterford | 2-7-005 |
| FROM: (INMATE NAME & NUMBER) [illegible]-7201 | SIGNATURE of INMATE: | |
| Sylvester Perry | Sylvester Perry | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| Janitor | A-014 C-block | |

INSTRUCTIONS:

1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

C-BLOCK

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 2-4-05 I inmate Perry received a [illegible] for [illegible] for 8:20 A.M. once I got there I [illegible] told [illegible] medication [illegible] didn't want to take it. he said it was Doc. policy and if I refused I would be put in R.H.U. under administrative custody. Therefore I was compelled to take medication against my will and threatened to be punished for refusing. I did comply under protest and under [illegible] [illegible] constitutional rights [illegible]

**B.** List actions taken and staff you have contacted, before submitting this grievance.

superintendent
DiGuglielmo

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Wendy Moyer — Signature of Facility Grievance Coordinator

02-08-05 — Date

**WHITE** - Facility Grievance Coordinator Copy **CANARY** - File Copy **PINK** - Action Return Copy **GOLDENROD** - Inmate Copy

Revised
December 2000

DC-804
Part # 2

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY
109082
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR<br>Wendy Moyer | FACILITY: | DATE:<br>2-7-005 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) CG-7301<br>Sylvester Penny | SIGNATURE of INMATE:<br>Sylvester Penny sui juris | |
| WORK ASSIGNMENT:<br>Janitor | HOUSING ASSIGNMENT:<br>A1-019 C-block | |

INSTRUCTIONS:
1 Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

under the 14th amendment was violated and Due Process. My Body/Arm is my Property. which was forced to do buisness with the medical Dept. against my will. which is a forced contract and unauthorized use of my property. There fore the terms of the contract stipulate that you pledge all your tangible & intangible property and interest in property as security for payment of debt for the unauthorized use of my property. I seek Damages/compensation in the amount of 25,000 U.S. currency for the crime commited against me.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

Date

**WHITE** - Facility Grievance Coordinator Copy **CANARY** - File Copy **PINK** - Action Return Copy **GOLDENROD** - Inmate Copy

Revised
December 2000

 05-1090



**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**SCI-Graterford**
**Superintendent's Office**
**(610) 489-4151**

**DATE:** 2/25/05

**SUBJECT:** GRIEVANCE APPEAL # 109082

**TO:** Sylvester Perry (Name) CG-7801 (Number) C-A-1019 (Location)

**FROM:** David DiGuglielmo
Superintendent

Based upon my review of your appeal, I am going to uphold the decision for the following reason(s):

CHCA correctly cites Department Policy on T.B. testing. Testing is required for all inmates and staff. Your objection to the policy is noted, but staff will follow it, and it is a matter of health and safety.

DD/dcc

cc: DC15
Grievance File

*"Our mission is to protect the public by confining persons committed to our custody in safe, secure facilities, and to provide opportunities for inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."*

DC-804
PART 2

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA 17001

Revised
December 2000

DENIED

OFFICIAL INMATE GRIEVANCE
INITIAL REVIEW RESPONSE

GRIEVANCE NO. 109082

| TO: (Inmate Name & DC No.) | FACILITY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|
| Sylvester Perry, CG-7801 | SCI Graterford | C-A-1019 | 2/7/05 |

The following is a summary of my findings regarding your grievance:

Mr. Perry:

No one forced you to take the immunization. Nurse March informed you of DOC policy 13.2.1 Access to Health Care, Section 8. You were informed by Nurse March and Nurse Levengood that you had the right to refuse but you took the immunization willingly as to not go to the RHU in accordance with policy.

Monetary awards are denied. Your grievance is frivolous and denied.

RECEIVED
05 FEB 18 AM 8:57
SUPERINTENDENT'S OFF.
SCI - GRATERFORD

cc: Grievance Coordinator
DC-15
File

| Print Name & Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| Julie Knauer, Corr. Health Care Admin. | J Knauer | February 17, 2005 |

05-1090

PA DEPT. OF CORRECTIONS
BUREAU OF COMPUTER SERVICES
REMOTE PRINT TIME 9:35

INMATE ACCOUNTS SYSTEM
PARTIAL ACCOUNT LISTING
FROM PURGE FILE

RUN IAS365
DATE 3/03/2005
PAGE 1

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| CG7801 | PERRY | SYLVESTER | | 12.78 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 8001 | 01-01-2004 | 32 | MER COMMISSARY FOR 1/01/2004 | -12.39 | .39 |
| 1150 | 01-12-2004 | 10 | MAINTENANCE PAYROLL 12-01-03 - 12-31-03 | 23.00 | 23.39 |
| 1155 | 01-13-2004 | 10 | MAINTENANCE PAYROLL SRCF-MERCER TRANSFER PAY | 8.00 | 31.39 |
| 0 | 01-15-2004 | 82 | TRANSFER OUT MERCER | | |
| 0 | 01-16-2004 | 81 | TRANSFER IN GRATERFORD | | |
| 2593 | 01-20-2004 | 13 | PERSONAL GIFT FROM THERESA PERRY | 20.00 | 51.39 |
| 8028 | 01-28-2004 | 32 | GRA COMMISSARY FOR 1/28/2004 | -27.20 | 24.19 |
| 2728 | 01-30-2004 | 10 | MAINTENANCE PAYROLL GRP4 12/21/2003 TO 01/20/2004 | .72 | 24.91 |
| 2734 | 02-02-2004 | 41 | MEDICAL MEDICAL CO-PAY 01/28/04 | -2.00 | 22.91 |
| 2761 | 02-04-2004 | 13 | PERSONAL GIFT FROM PERRY, THERESA | 25.00 | 47.91 |
| 8035 | 02-04-2004 | 32 | GRA COMMISSARY FOR 2/04/2004 | -22.55 | 25.36 |
| 2780 | 02-05-2004 | 13 | PERSONAL GIFT FROM JAMES PERRY | 20.00 | 45.36 |
| 8042 | 02-11-2004 | 32 | GRA COMMISSARY FOR 2/11/2004 | -28.16 | 17.20 |
| 2871 | 02-12-2004 | 13 | PERSONAL GIFT FROM BELLE PERRY | 30.00 | 47.20 |
| 2892 | 02-13-2004 | 13 | PERSONAL GIFT FROM T. PERRY | 20.00 | 67.20 |
| 2895 | 02-13-2004 | 41 | MEDICAL MEDICAL CO-PAY 2-10-04 | -2.00 | 65.20 |
| 2897 | 02-17-2004 | 37 | POSTAGE | -.37 | 64.83 |
| 2897 | 02-17-2004 | 37 | POSTAGE | -.37 | 64.46 |
| 2912 | 02-18-2004 | 37 | POSTAGE | -.83 | 63.63 |
| 8049 | 02-18-2004 | 32 | GRA COMMISSARY FOR 2/18/2004 | -29.35 | 34.28 |
| 2950 | 02-20-2004 | 37 | POSTAGE RANKINS, P | -.37 | 33.91 |
| 2950 | 02-20-2004 | 37 | POSTAGE PERRY, B. | -.37 | 33.54 |

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| CG7801 | PERRY | SYLVESTER | |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 8056 | 02-25-2004 | 32 | GRA COMMISSARY FOR 2/25/2004 | -17.44 | 16.10 |
| 3013 | 02-27-2004 | 10 | MAINTENANCE PAYROLL PAY GRP. #4 1/21 TO 2/20/2004 | 2.16 | 18.26 |
| 3035 | 03-02-2004 | 37 | POSTAGE | -4.75 | 13.51 |
| 8063 | 03-03-2004 | 32 | GRA COMMISSARY FOR 3/03/2004 | -9.42 | 4.09 |
| 3090 | 03-05-2004 | 37 | POSTAGE | -.60 | 3.49 |
| 3104 | 03-08-2004 | 37 | POSTAGE | -4.42 | -.93 |
| 3189 | 03-15-2004 | 14 | MISCELLANEOUS REFUND MED.CO-PAY 2/10/04 | 2.00 | 1.07 |
| 8085 | 03-25-2004 | 32 | GRA COMMISSARY FOR 3/25/2004 | -.82 | .25 |
| 8085 | 03-25-2004 | 32 | GRA COMMISSARY FOR 3/25/2004 | -.24 | .01 |

BALANCE AFTER THESE TRANSACTIONS------> .01

PA DEPT. OF CORRECTIONS
BUREAU OF COMPUTER SERVICES
REMOTE PRINT TIME 9:35

INMATE ACCOUNTS SYSTEM
PARTIAL ACCOUNT LISTING
FROM PURGE FILE

RUN IAS365
DATE 3/03/2005
PAGE 1

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| CG7801 | PERRY | SYLVESTER | | .01 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 3466 | 04-07-2004 | 10 | MAINTENANCE PAYROLL GRP 1 PAY 3/1 TO 3/31/04 | 12.96 | 12.97 |
| 8105 | 04-14-2004 | 32 | GRA COMMISSARY FOR 4/14/2004 | -9.56 | 3.41 |
| 3568 | 04-15-2004 | 37 | POSTAGE | -.83 | 2.58 |
| 3610 | 04-20-2004 | 10 | MAINTENANCE PAYROLL PAY GRP#3 3/14 TO 4/13/04 | 22.80 | 25.38 |
| 3618 | 04-21-2004 | 37 | POSTAGE GOV. RENDELL | -.37 | 25.01 |
| 3618 | 04-21-2004 | 37 | POSTAGE SLYVESTER | -.60 | 24.41 |
| 8113 | 04-22-2004 | 32 | GRA COMMISSARY FOR 4/22/2004 | -23.87 | .54 |
| 3832 | 05-10-2004 | 37 | POSTAGE BELLE | -.37 | .17 |
| 3947 | 05-20-2004 | 10 | MAINTENANCE PAYROLL GRP 3 PAY 4/14 TO 5/13/04 | 33.44 | 33.61 |
| 3950 | 05-20-2004 | 13 | PERSONAL GIFT FROM PERRY, BELLE | 20.00 | 53.61 |
| 4000 | 05-25-2004 | 37 | POSTAGE | -4.42 | 49.19 |
| 8147 | 05-26-2004 | 32 | GRA COMMISSARY FOR 5/26/2004 | -33.90 | 15.29 |
| 8154 | 06-02-2004 | 32 | GRA COMMISSARY FOR 6/02/2004 | -10.60 | 4.69 |
| 8161 | 06-09-2004 | 32 | GRA COMMISSARY FOR 6/09/2004 | -4.23 | .46 |
| 4269 | 06-17-2004 | 10 | MAINTENANCE PAYROLL PAY GRP#3 5/14 TO 6/13/04 | 33.60 | 34.06 |
| 8175 | 06-23-2004 | 32 | GRA COMMISSARY FOR 6/23/2004 | -34.02 | .04 |

BALANCE AFTER THESE TRANSACTIONS------> .04

PA DEPT. OF CORRECTIONS
BUREAU OF COMPUTER SERVICES
REMOTE PRINT TIME 9:35

INMATE ACCOUNTS SYSTEM
PARTIAL ACCOUNT LISTING
FROM PURGE FILE

RUN IAS365
DATE 3/03/2005
PAGE 1

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| CG7801 | PERRY | SYLVESTER | | .04 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 4543 | 07-13-2004 | 13 | PERSONAL GIFT FROM BELLE PERRY | 40.00 | 40.04 |
| 8196 | 07-14-2004 | 32 | GRA COMMISSARY FOR 7/14/2004 | -24.64 | 15.40 |
| 4600 | 07-19-2004 | 10 | MAINTENANCE PAYROLL PAY GRP. 3 6/14/04 TO 7/13/04 | 46.40 | 61.80 |
| 8203 | 07-21-2004 | 32 | GRA COMMISSARY FOR 7/21/2004 | -29.22 | 32.58 |
| 8210 | 07-28-2004 | 32 | GRA COMMISSARY FOR 7/28/2004 | -20.83 | 11.75 |
| 8217 | 08-04-2004 | 32 | GRA COMMISSARY FOR 8/04/2004 | -11.48 | .27 |
| 4977 | 08-20-2004 | 10 | MAINTENANCE PAYROLL GRP 3 PAY 7/14 TO 8/13/04 | 49.98 | 50.25 |
| 8238 | 08-25-2004 | 32 | GRA COMMISSARY FOR 8/25/2004 | -40.33 | 9.92 |
| 8245 | 09-01-2004 | 32 | GRA COMMISSARY FOR 9/01/2004 | -7.86 | 2.06 |
| 5326 | 09-20-2004 | 10 | MAINTENANCE PAYROLL 33.60RP. 3 8/14/04 TO 9/13/04 | 8.82 | 10.88 |
| 8264 | 09-20-2004 | 10 | INMATE EMPLOYMENT GRA PAYROLL 2004 - 08 | 27.72 | 38.60 |
| 8266 | 09-22-2004 | 32 | GRA COMMISSARY FOR 9/22/2004 | -2.54 | 36.06 |
| 8271 | 09-27-2004 | 10 | INMATE EMPLOYMENT GRA PAYROLL 2004 - 08 | .00 | 36.06 |
| 8274 | 09-30-2004 | 32 | GRA COMMISSARY FOR 9/30/2004 | -32.90 | 3.16 |

BALANCE AFTER THESE TRANSACTIONS------> 3.16

PA DEPT. OF CORRECTIONS INMATE ACCOUNTS SYSTEM
BUREAU OF COMPUTER SERVICES PARTIAL ACCOUNT LISTING
REMOTE PRINT TIME 9:35 FROM PURGE FILE

RUN IAS365
DATE 3/03/2005
PAGE 1

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| CG7801 | PERRY | SYLVESTER | | 3.16 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 5522 | 10-08-2004 | 13 | PERSONAL GIFT FROM BELLE | 20.00 | 23.16 |
| 8287 | 10-13-2004 | 32 | GRA COMMISSARY FOR 10/13/2004 | -23.04 | .12 |
| 5616 | 10-18-2004 | 37 | POSTAGE | -1.98 | -1.86 |
| 5925 | 11-15-2004 | 13 | PERSONAL GIFT FROM PERRY, B | 20.00 | 18.14 |
| 8322 | 11-17-2004 | 32 | GRA COMMISSARY FOR 11/17/2004 | -15.95 | 2.19 |
| 6164 | 12-08-2004 | 13 | PERSONAL GIFT FROM BELL PERRY | 20.00 | 22.19 |
| 6191 | 12-09-2004 | 13 | PERSONAL GIFT FROM BRISTOL | 50.00 | 72.19 |
| 6264 | 12-14-2004 | 41 | MEDICAL MEDICAL CO-PAY 12-10-04 | -4.00 | 68.19 |
| 8350 | 12-15-2004 | 32 | GRA COMMISSARY FOR 12/15/2004 | -31.36 | 36.83 |
| 8356 | 12-21-2004 | 32 | GRA COMMISSARY FOR 12/21/2004 | -27.83 | 9.00 |
| 6384 | 12-27-2004 | 13 | PERSONAL GIFT FROM RICK PERRY | 30.00 | 39.00 |
| 8363 | 12-28-2004 | 32 | GRA COMMISSARY FOR 12/28/2004 | -26.54 | 12.46 |
| 8363 | 12-28-2004 | 32 | GRA COMMISSARY FOR 12/28/2004 | -5.48 | 6.98 |

BALANCE AFTER THESE TRANSACTIONS------> 6.98

PA DEPT. OF CORRECTIONS
BUREAU OF COMPUTER SERVICES
REMOTE PRINT TIME 9:35

INMATE ACCOUNTS SYSTEM
PARTIAL ACCOUNT LISTING
FROM ACTIVE FILE

RUN IAS365
DATE 3/03/2005
PAGE 1

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| CG7801 | PERRY | SYLVESTER | | 6.98 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 8005 | 01-05-2005 | 32 | GRA COMMISSARY FOR 1/05/2005 | -6.73 | .25 |
| 6611 | 01-14-2005 | 13 | PERSONAL GIFT FROM BELLE | 20.00 | 20.25 |
| 8019 | 01-19-2005 | 32 | GRA COMMISSARY FOR 1/19/2005 | -19.24 | 1.01 |
| 6896 | 02-10-2005 | 13 | PERSONAL GIFT FROM BELLE PERRY | 20.00 | 21.01 |
| 9042 | 02-11-2005 | 10 | INMATE EMPLOYMENT GRA PAYROLL 2005 - 01 GRP 2 | 15.20 | 36.21 |
| 6954 | 02-15-2005 | 41 | MEDICAL MEDICAL CO-PAY 2-10-05 | -2.00 | 34.21 |
| 8047 | 02-16-2005 | 32 | GRA COMMISSARY FOR 2/16/2005 | -33.62 | .59 |

BALANCE AFTER THESE TRANSACTIONS------> .59

# INSTRUCTIONS TO PRISONERS FILING AN APPLICATION TO PROCEED IN FORMA PAUPERIS IN A 42 U.S.C. § 1983 CIVIL RIGHTS ACTION IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## NOTICES

- In forma pauperis status does not mean that payment of the $150 filing fee is waived. If you are granted leave to proceed in forma pauperis you will be required to pay the full $150 fee to file your complaint, even if the complaint is dismissed prior to service. The Court will assess and collect an initial partial filing fee from your inmate account, if funds exist. The unpaid balance will be deducted from your account in installments as funds become available. Inability to pay the initial partial filing fee will not prohibit you from filing a civil rights action.

- The Court may deny your Application to Proceed In Forma Pauperis if three or more of your prior complaints or appeals filed in Federal Court were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. In that case, you will be required to pay the $150 filing fee to commence the civil rights action.

## COMPLETING THE APPLICATION TO PROCEED IN FORMA PAUPERIS

- The application form consists of two pages. All entries on the form must be typed or legibly handwritten.

- Show your full name as plaintiff in the caption. Also show the full names of any additional plaintiffs in the caption. Each additional plaintiff, if any, must submit a separate Application to Proceed In Forma Pauperis. The full names of all defendants must be listed in the caption. The caption of the application form should be identical to the caption of the complaint.

- All information requested in the application form must be provided. If you cannot provide all information you must provide an explanation.

- Sign and date the application and the declaration that the facts stated in the application are true and correct.

## CERTIFICATION

- Request that a prison official complete the certification of your inmate trust fund account balances on page 2 of the application form. Secure a certified copy of the statement of your inmate trust fund account for all institutions in which you were confined for the six-month period preceding the filing of the complaint, listing all deposits and withdrawals from the account. The certified account balances and the account statement(s) must be signed and dated by a prison official, and must show the official's title.

## FILING THE APPLICATION

- Provide the original application form and certified inmate account statement for use by the Court. Keep copies of both documents for your records.

- Mail the original complaint, application form, and certified account statement to: **Michael E. Kunz, Clerk, U.S. District Court, Eastern District of Pennsylvania, 2609 U.S. Courthouse, 601 Market St., Philadelphia, PA 19106-1797.**